Dana Faith Travis  SBN: 245316
The Travis Law Firm
4275 Lemon St., Suite 201
Riverside, CA 92501
(951) 274-9501
Fax # (951) 778-9621
Attorneys for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:

JOHN ALAN MAYNARD
MARGARET ANNE MAYNARD

Debtor(s).
_____/

CASE NO: RS08-17120-MJ

CHAPTER 13

NOTICE OF HEARING AND OPPOSITION TO MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING.

DATE:   August 8, 2011
TIME:   1:30PM
DEPT:   301

**PLEASE TAKE NOTICE** that a hearing on the Opposition to Motion for Order Dismissing Chapter 13 Proceeding in the above-entitled case has been set for August 8, 2011 at 1:30 PM in Dept. 301 in the above-entitled court.

Date: July 17, 2011

THE TRAVIS LAW FIRM

By: _____
Dana Faith Travis

1

## ARGUMENT IN OPPOSITION

Debtor(s) will attempt to make a payment prior to the hearing. Debtors are requesting some additional time to get caught up.

**THEREFORE**, debtor requests the court not allow dismissal of the case.

### Declaration of Attorney

I, Donna Poulsen Travis, state:

1. I am one of the attorneys of record for the debtors in this matter; all facts set forth in this declaration are personally known to me, and I have first hand knowledge of the same. If called as a witness, I could and would competently testify under oath to the facts stated herein.

2. Debtor(s) will attempt to make a payment prior to the hearing. Debtors are requesting some additional time to get caught up.

**THEREFORE**, debtor requests the court not allow dismissal of the case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 17, 2011 at Riverside, California.

*Donna Poulsen Travis*
Donna Poulsen Travis

Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Ste 270
Riverside, CA 92501

## PROOF OF SERVICE

I am a citizen of the United States and employed in the County of Riverside. I am over the age of 18 years and not a party to the within action; my business address is 4275 Lemon St., Suite 201, Riverside, CA 92501.

[ ] On this date I served the foregoing document(s) on those parties. I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited the same day with the United States Postal Service in the City of Riverside, California.

[ ] On this date I served the foregoing document(s) on those parties as set forth above by transmitting a true copy thereof **VIA FACSIMILE,** and also by placing a true and correct copy thereof, enclosed in a sealed envelope and addressed in the above manner set forth, in the designated area for outgoing mail. FAX NO: (__) _____.

[ X ] **(By personal service)** I caused said foregoing document(s) to be delivered by had to the office or the residence of the addressee as shown above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 17 2011             at Riverside, California.

By: _____
Donna Poulsen Travis

3